ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> LUIS EDUARDO NAVARRETE (1) <br> MAGALY MEJIA CANO (2) <br> JASON XAVIER VILLANUEVA (3) <br> a.k.a. "Xavi" | Criminal Case No. <br><br> 3-23CR0067-K |

## INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a) and (b)(1)(B) and 846)

Beginning in or about September, 2022, the exact date unknown to the Grand Jury and continuing until February 14, 2023, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **LUIS EDUARDO NAVARRETE, MAGALY MEJIA CANO,** and **JASON XAVIER VILLANUEVA a.k.a. "Xavi"** did knowingly and intentionally combine, conspire, confederate, and agree with others both known and unknown to commit the following offense against the United States: to possess with the intent to distribute and distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl ) -4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

*In violation of 21 U.S.C. § 846.*

Indictment- Page 1

Manner and Means of the Conspiracy

During the conspiracy as alleged herein, it was part of the conspiracy that one or more of the defendants and coconspirators would:

1. Arrange for the acquisition of counterfeit prescription opioid pills that contain fentanyl and are commonly referred to as "M30s," "percs," "yerks," "yerky," "rims" and "blues" (hereinafter "M30s") from both known and unknown sources in the Northern District of Texas and elsewhere.

2. Distribute counterfeit "M30" pills that contain fentanyl to numerous customers including minors through a network of juvenile dealers;

3. Act as intermediaries and brokers and negotiate the acquisition, price, delivery, and payment for quantities of counterfeit "M30" pills that contained fentanyl; and

4. Utilize popular social medial platforms to discuss, negotiate and facilitate drug transactions involving counterfeit "M30" pills that contained fentanyl.

*All in violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1).*

<u>Count Two</u>
Possessing a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A)(i))

On or about February 14, 2023, in the Dallas Division of the Northern District of Texas, **JASON XAVIER VILLANUEVA a.k.a. "Xavi"** the defendant herein, knowingly carried and possessed a firearm, to wit: one AR-15 SBR Rifle bearing serial number SCB301781, during and in relation to and in the furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is the drug offense listed in Count One of this indictment.

In violation of 18 U.S.C. § 924(c).

## Forfeiture Notice

Upon conviction of the offense alleged in Count One of this indictment and pursuant to 21 U.S.C. § 853(a)(1) and (2), the defendants shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of such offense; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

Upon conviction of the offense alleged in Count Two of this indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant **JASON XAVIER VILLANUEVA a.k.a. "Xavi"** shall forfeit to the United States any firearm and ammunition involved in or used in the willful commission of the offense, including but not limited to the following:

(1) One AR-15 SBR Rifle bearing serial number (SCB301781); and

(2) Any ammunition and magazine with the above weapon.

A TRUE BILL

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
PHELESA M. GUY
Assistant United States Attorney
Texas State Bar No. 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214-659-8809

_____
RICK CALVERT
Assistant United States Attorney
Texas State Bar No. 03669700
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214-659-8600

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

LUIS EDUARDO NAVARRETE (1)
MAGALY MEJIA CANO (2)
JASON XAVIER VILLANUEVA (3)

INDICTMENT

21 U.S.C. § 841(a) and (b)(1)(B) and 846
Conspiracy to Distribute a Controlled Substance
(Count 1)

18 U.S.C. § 924(c)(1)(A)(i)
Possessing a Firearm in Furtherance of a Drug Trafficking Crime
(Count 2)

21 U.S.C. § 853(a)(1) and (2), 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS                                                      FOREPERSON

Filed in open court this 22 day of February, 2023.

**No Warrant Needed**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:23-MJ-121 and 3:23-MJ-150